

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Endeavor Energy Resources, L.P. and Endeavor Petroleum, LLC,

Vs. No. 11-12-00322-CV

Discovery Operating, Inc.; Patriot Royalty and Land, LLC; Stanley D. Elrod; Karen M. Thomas; Jon David Elrod; Janice K. Gaither; Joseph Elrod; and Rebecca J.Williams, Norvella Ann Schafer, and Jackie Lue Wells, trustees of the Mildred Haggard Irrevocable Grantor Trust,

\* From the 118th District Court of Martin County, Trial Court No. 6439.

\* October 23, 2014

\* Opinion by Wright, C.J. (Panel consists of: Wright, C.J., Bailey, J., and McCall, sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Endeavor Energy Resources, L.P. and Endeavor Petroleum, LLC.